| Num | Date | Due Date | Aging | Amount | Open Balance | % Due on Invoice | Amount Due | Remaining 40% |
|---|---|---|---|---|---|---|---|---|
| 2209 | 03/12/2024 | 04/11/2024 | | 90,302.50 | | 60% | 54,181.50 | 36,121.00 |
| 2210 | 03/12/2024 | 04/11/2024 | | 90,302.50 | | 60% | 54,181.50 | 36,121.00 |
| 2242 | 03/14/2024 | 04/13/2024 | | 11,320.00 | | 60% | 6,792.00 | 4,528.00 |
| 2243 | 03/14/2024 | 04/13/2024 | | 11,320.00 | | 60% | 6,792.00 | 4,528.00 |
| 2244 | 03/14/2024 | 04/13/2024 | | 11,320.00 | | 60% | 6,792.00 | 4,528.00 |
| 2285 | 03/18/2024 | 04/17/2024 | | 11,292.50 | | 60% | 6,775.50 | 4,517.00 |
| 2286 | 03/18/2024 | 04/17/2024 | | 11,292.50 | | 60% | 6,775.50 | 4,517.00 |
| 2287 | 03/18/2024 | 04/17/2024 | | 90,252.50 | | 60% | 54,151.50 | 36,101.00 |
| 2288 | 03/18/2024 | 04/17/2024 | | 90,252.50 | | 60% | 54,151.50 | 36,101.00 |
| 2289 | 03/18/2024 | 04/17/2024 | | 90,252.50 | | 60% | 54,151.50 | 36,101.00 |
| 2290 | 03/18/2024 | 04/17/2024 | | 90,252.50 | | 60% | 54,151.50 | 36,101.00 |
| 2291 | 03/18/2024 | 04/17/2024 | | 90,252.50 | | 60% | 54,151.50 | 36,101.00 |
| 2292 | 03/18/2024 | 04/17/2024 | | 90,252.50 | | 60% | 54,151.50 | 36,101.00 |
| 2293 | 03/18/2024 | 04/17/2024 | | 90,252.50 | | 60% | 54,151.50 | 36,101.00 |
| 2294 | 03/18/2024 | 04/17/2024 | | 90,252.50 | | 60% | 54,151.50 | 36,101.00 |
| 2295 | 03/18/2024 | 04/17/2024 | | 90,252.50 | | 60% | 54,151.50 | 36,101.00 |
| 2296 | 03/18/2024 | 04/17/2024 | | 90,252.50 | | 60% | 54,151.50 | 36,101.00 |
| 2367 | 03/21/2024 | 04/20/2024 | 472 | 90,260.00 | 84,202.84 | 60% | 54,156.00 | 36,104.00 |
| 2368 | 03/21/2024 | 04/20/2024 | 472 | 90,260.00 | 90,260.00 | 60% | 54,156.00 | 36,104.00 |
| 2369 | 03/21/2024 | 04/20/2024 | 472 | 90,260.00 | 90,260.00 | 60% | 54,156.00 | 36,104.00 |
| 2370 | 03/21/2024 | 04/20/2024 | 472 | 90,260.00 | 90,260.00 | 60% | 54,156.00 | 36,104.00 |
| 2371 | 03/21/2024 | 04/20/2024 | 472 | 90,260.00 | 90,260.00 | 60% | 54,156.00 | 36,104.00 |
| 2372 | 03/21/2024 | 04/20/2024 | 472 | 90,260.00 | 90,260.00 | 60% | 54,156.00 | 36,104.00 |
| 2373 | 03/21/2024 | 04/20/2024 | 472 | 90,260.00 | 90,260.00 | 60% | 54,156.00 | 36,104.00 |
| 2742 | 04/09/2024 | 05/09/2024 | 453 | 90,271.25 | 90,271.25 | 60% | 54,162.75 | 36,108.50 |
| 2743 | 04/09/2024 | 05/09/2024 | 453 | 90,271.25 | 90,271.25 | 60% | 54,162.75 | 36,108.50 |
| 2744 | 04/09/2024 | 05/09/2024 | 453 | 90,271.25 | 90,271.25 | 60% | 54,162.75 | 36,108.50 |
| 2745 | 04/09/2024 | 05/09/2024 | 453 | 90,271.25 | 90,271.25 | 60% | 54,162.75 | 36,108.50 |
| 3065 | 04/22/2024 | 05/22/2024 | 440 | 90,281.67 | 90,281.67 | 60% | 54,169.00 | 36,112.67 |
| 3066 | 04/22/2024 | 05/22/2024 | 440 | 90,281.67 | 90,281.67 | 60% | 54,169.00 | 36,112.67 |
| 3067 | 04/22/2024 | 05/22/2024 | 440 | 90,281.67 | 90,281.67 | 60% | 54,169.00 | 36,112.67 |
| 3968 | 05/22/2024 | 06/21/2024 | 410 | 11,321.67 | 11,321.67 | 60% | 6,793.00 | 4,528.67 |
| 3969 | 05/22/2024 | 06/21/2024 | 410 | 11,321.67 | 11,321.67 | 60% | 6,793.00 | 4,528.67 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3970 | 05/22/2024 | 06/21/2024 | 410 | 11,321.67 | 11,321.67 | 60% | 6,793.00 | 4,528.67 |
| 4343 | 06/03/2024 | 07/03/2024 | 398 | 45,245.00 | 45,245.00 | 60% | 27,147.00 | 18,098.00 |
| 4479 | 06/05/2024 | 07/05/2024 | 396 | 11,405.00 | 11,405.00 | 60% | 6,843.00 | 4,562.00 |
| 4796 | 06/13/2024 | 07/13/2024 | 388 | 11,321.67 | 11,321.67 | 60% | 6,793.00 | 4,528.67 |
| 4797 | 06/13/2024 | 07/13/2024 | 388 | 11,321.67 | 11,321.67 | 60% | 6,793.00 | 4,528.67 |
| 4798 | 06/13/2024 | 07/13/2024 | 388 | 11,321.67 | 11,321.67 | 60% | 6,793.00 | 4,528.67 |
| 4979 | 06/18/2024 | 07/18/2024 | 383 | 11,342.50 | 11,342.50 | 60% | 6,805.50 | 4,537.00 |
| 4980 | 06/18/2024 | 07/18/2024 | 383 | 11,342.50 | 11,342.50 | 60% | 6,805.50 | 4,537.00 |
| 5101 | 06/24/2024 | 07/24/2024 | 377 | 11,300.72 | 11,300.72 | 60% | 6,780.43 | 4,520.29 |
| 5102 | 06/24/2024 | 07/24/2024 | 377 | 11,300.72 | 11,300.72 | 60% | 6,780.43 | 4,520.29 |
| 5103 | 06/24/2024 | 07/24/2024 | 377 | 11,300.72 | 11,300.72 | 60% | 6,780.43 | 4,520.29 |
| 5104 | 06/24/2024 | 07/24/2024 | 377 | 11,300.72 | 11,300.72 | 60% | 6,780.43 | 4,520.29 |
| 5105 | 06/24/2024 | 07/24/2024 | 377 | 11,300.72 | 11,300.72 | 60% | 6,780.43 | 4,520.29 |
| 5106 | 06/24/2024 | 07/24/2024 | 377 | 11,300.72 | 11,300.72 | 60% | 6,780.43 | 4,520.29 |
| 5107 | 06/24/2024 | 07/24/2024 | 377 | 90,260.72 | 90,260.72 | 60% | 54,156.43 | 36,104.29 |
| 5314 | 07/01/2024 | 07/31/2024 | 370 | 11,289.29 | 11,289.29 | 60% | 6,773.57 | 4,515.72 |
| 5315 | 07/01/2024 | 07/31/2024 | 370 | 11,289.29 | 11,289.29 | 60% | 6,773.57 | 4,515.72 |
| 5316 | 07/01/2024 | 07/31/2024 | 370 | 11,289.29 | 11,289.29 | 60% | 6,773.57 | 4,515.72 |
| 5317 | 07/01/2024 | 07/31/2024 | 370 | 11,289.29 | 11,289.29 | 60% | 6,773.57 | 4,515.72 |
| 5318 | 07/01/2024 | 07/31/2024 | 370 | 11,289.29 | 11,289.29 | 60% | 6,773.57 | 4,515.72 |
| 5319 | 07/01/2024 | 07/31/2024 | 370 | 11,289.29 | 11,289.29 | 60% | 6,773.57 | 4,515.72 |
| 5320 | 07/01/2024 | 07/31/2024 | 370 | 45,129.29 | 45,129.29 | 60% | 27,077.57 | 18,051.72 |
| 5687 | 07/11/2024 | 08/10/2024 | 360 | 11,298.34 | 11,298.34 | 60% | 6,779.00 | 4,519.34 |
| 5688 | 07/11/2024 | 08/10/2024 | 360 | 11,298.34 | 11,298.34 | 60% | 6,779.00 | 4,519.34 |
| 5689 | 07/11/2024 | 08/10/2024 | 360 | 11,298.34 | 11,298.34 | 60% | 6,779.00 | 4,519.34 |
| 5886 | 07/17/2024 | 08/16/2024 | 354 | 11,307.50 | 11,307.50 | 60% | 6,784.50 | 4,523.00 |
| 5887 | 07/17/2024 | 08/16/2024 | 354 | 11,307.50 | 11,307.50 | 60% | 6,784.50 | 4,523.00 |
| 6008 | 07/23/2024 | 08/22/2024 | 348 | 11,296.67 | 11,296.67 | 60% | 6,778.00 | 4,518.67 |
| 6009 | 07/23/2024 | 08/22/2024 | 348 | 11,296.67 | 11,296.67 | 60% | 6,778.00 | 4,518.67 |
| 6010 | 07/23/2024 | 08/22/2024 | 348 | 11,296.67 | 11,296.67 | 60% | 6,778.00 | 4,518.67 |
| 7221 | 10/10/2024 | 11/09/2024 | 269 | 28,746.32 | 28,746.32 | 100% | 28,746.32 | 0.00 |
| 7325 | 10/18/2024 | 11/17/2024 | 261 | 21,582.24 | 21,582.24 | 100% | 21,582.24 | 0.00 |
| **Total** | | | | **2,962,348.69** | **1,816,616.53** | | **1,797,540.64** | **1,164,808.05** |

| | |
|---|---:|
| **AMOUNT DUE** | 1,797,540.64 |
| **PAID** | 1,145,732.16 |
| **GOOD STANDING BALANCE** | **651,808.48** |
| **REMAINING 40%** | 1,164,808.05 |
| **FULL AMOUNT DUE** | **1,816,616.53** |