UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

APPLIED BIOLOGICS LLC,      )
                           )

    Plaintiff,          )    Civil Action No. 3:25-cv-738-RGJ
                           )

v.                      )
                           )

OPTIMUM WOUND CARE, LLC  )
                           )

and                   )
                           )

MOSAYEB KARIMI        )
                           )

    Defendants.        )

---

**PLAINTIFF APPLIED BIOLOGICS LLC'S CORPORATE OWNERSHIP STATEMENT**

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

Applied Biologics LLC, the Plaintiff, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1(a):

1.      Aspen Biotech Corporation, a domestic for-profit corporation organized under the laws of the State of Delaware with its principal place of business in Scottsdale, Arizona, is the sole member and owner of Plaintiff Applied Biologics LLC.

4900-5199-8331\1

Respectfully submitted,
STOLL KEENON OGDEN PLLC


 /s/ Andrew T. Hagerman
Chadler M. Hardin
Andrew T. Hagerman
STOLL KEENON OGDEN PLLC
400 West Market Street, Suite 2700
Louisville, KY 40202
Tel: (502) 333-6000
chad.hardin@skofirm.com
andrew.hagerman@skofirm.com
**Counsel for Plaintiff, Applied Biologics LLC**


## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I served the foregoing via Certified Mail upon the following:

Optimum Wound Care, LLC
Anderson Registered Agents, Inc., Registered Agent
9900 Corporate Campus Drive
Suite 3000
Louisville, KY 40223

-and-

Mosayeb Karimi
1204 Rock Falls Trace
Louisville, KY 40223


 /s/ Andrew T. Hagerman
**Counsel for Plaintiff, Applied Biologics LLC**

2